UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>      v.<br><br>WILSONS LEATHER DIRECT, INC.;<br>dba WILSON'S LEATHER OUTLET,<br><br>           Defendants.<br>_____/ | No. CIV-S-04-1771 MCE/KJM<br><br><br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Pursuant to the representations of the attorney for defendants, the court has determined that this case is settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before October 3, 2005.

///
///
///
///
///
///

1  Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4 IT IS SO ORDERED.
5 DATED: September 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE