```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  EQUAL EMPLOYMENT OPPORTUNITY    No. CIV-S-04-1771 MCE/KJM
    COMMISSION,
12
              Plaintiff,
13
         v.                        ORDER RE: SETTLEMENT AND
14                                 DISPOSITION
    WILSONS LEATHER DIRECT, INC.;
15  dba WILSON'S LEATHER OUTLET,

16            Defendants.
                                 /
17
18       Pursuant to the representations of the attorney for
19  defendants, the court has determined that this case is settled.
20       In accordance with the provisions of Local Rule 16-160,
21  dispositional documents are to be filed on or before October 3,
22  2005.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

DATED: September 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE